UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

CHRISTOPHER M. SCRUFARI,

v.                                                    ORDER
                                                      11-CV-161

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                          Defendant.

═══════════════════════════════════


        This case was referred to Magistrate Judge Leslie G. Foschio,

Commissioner of Social Security, pursuant to 28 U.S.C. § 636(b)(1)(A).  On October

27, 2011, defendant filed a motion for judgment on the pleadings.  On February 28,

2012, Magistrate Judge Foschio filed a Report and Recommendation,

recommending that defendant's motion for judgment on the pleadings be granted.

        The Court has carefully reviewed the Report and Recommendation, the record

in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set

forth in Magistrate Judge Foschio's Report and Recommendation, defendant's

motion for judgment on the pleadings is granted.  The Clerk of court shall take all

steps necessary to close the case.

SO ORDERED.


_s/ Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE


DATED: March 16, 2012